FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

JAN 11 2013

DISTRICT OF MARYLAND
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| IAN A. ROBERTS | * | CASE NO. 12-PO-16783 |

\* \* \* \* \* \* \* \*

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER AS COUNSEL

After appropriate inquiry, the above-named Defendant has been found by the court to be financially unable to obtain counsel and to be entitled to the appointment of counsel under the Criminal Justice Act of 1964, as amended. Accordingly, it is

**ORDERED** that the Federal Public Defender for the District of Maryland be and is hereby appointed to represent the Defendant in all further proceedings before this court; and it is further

**ORDERED** that if after the appointment of counsel as ordered herein, the Defendant is financially able to retain counsel or to contribute toward the payment of counsel fees, the court may terminate the appointment of counsel or authorize payments from the Defendant as provided by the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, subject to the verification and determination of defendant's financial resources by the court, including appropriate investigation by the U.S. Probation Office, all pending further order of the court.

1/11/2013
DATE

_____
United States Magistrate Judge

cc: Defendant
    Office of the Public Defender:
    
    ☐ Baltimore, MD (410-962-3962)    ☑ Greenbelt, MD (301-344-0600)

Order Appt. Fed. Pub. Def. as Counsel (11/2011)